In the Matter of SALVATORE CANNIZZARO et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.

Argued January 17, 1955; decided March 3, 1955.

*A. Bernard King* for appellants.

*Anthony Curreri* and *Seymour B. Quel* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.  Taking no part:  BURKE, J.